Katherine M. Basile (SBN 132518)
Robert N. Phillips (SBN 120790)
Erica J. Heibel (SBN 197470)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff PROTEIN DESIGN LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEIN DESIGN LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRESCRIPTION DISPENSING LABORATORIES, INC., a Texas corporation,<br><br>Defendant. | Case No. C02-03185BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff, Protein Design Labs, Inc. hereby notifies the Court that it voluntarily dismisses the above-captioned action with prejudice.

Dated: August 23, 2002

Respectfully submitted,
HOWREY SIMON ARNOLD & WHITE, LLP

By: [signature]
Katherine M. Basile
Robert N. Phillips
Erica J. Heibel
301 Ravenswood Avenue
Menlo Park, CA 94025
Tel: 650.463.8100
Fax: 650.463.8400

Attorneys for Plaintiff
PROTEIN DESIGN LABS, INC.